FILED'08 JUN 02 11:38USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STEVEN L. EASTMAN, et al., | ) | Civil No. 08-3043-CL |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ART ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

    On May 9, 2008, Magistrate Judge Clarke filed his Report and Recommendation (docket # 5), which recommended dismissal of the claims against the Oregon Department of Transportation because that agency is an arm of the state. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct"). I find no error.

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 5) is adopted. The claims against the Oregon Department of Transportation are dismissed, without prejudice.

IT IS SO ORDERED.

DATED this ___7___ day of June, 2008.

_____
Owen M. Panner
United States District Judge

2 - ORDER