FILED'09 JUN 10 13:49 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN L. EASTMAN and<br>KATHY A. EASTMAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>ART ANDERSON, et al.,<br><br>      Defendants. | Civil No. 08-3043-CL<br><br>**ORDER** |

**PANNER, Judge.**

On April 27, 2009, Magistrate Judge Clarke filed his Report and Recommendation (docket # 38), which recommended granting Defendants' motion for summary judgment. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 38) are adopted. Defendants' Motion (# 21) for Summary Judgment is granted.

IT IS SO ORDERED.

DATED this ___10___ day of June, 2009.

_____
Owen M. Panner
United States District Judge

2 - ORDER